IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILLIE C. JENKINS,

      Plaintiff,

vs.                                                 Civ. No. 99-1196 MV/WWD ACE

COUNTY OF DONA ANA, NEW MEXICO,
d/b/a DONA ANA COUNTY DETENTION
CENTER,

      Defendant.

MEMORANDUM OPINION AND ORDER

      This matter comes before the Court upon Defendant's Motion to Compel [docket no. 26] filed June 14, 2000. No response to the Motion to Compel has been received by the movant; nor has a response to the motion been filed with the Court. On March 20, 2000, Defendant served Plaintiff's counsel with interrogatories, requests for production, and requests for admission. The responses to the aforementioned discovery were due on or before April 24, 2000. On April 17, 2000, Plaintiff's counsel withdrew from Plaintiff's representation. Plaintiff has not obtained substitute counsel and is now appearing in this action *pro se*. On April 17, 2000, an order was entered staying discovery for thirty days or until substitute counsel entered an appearance, whichever occurred first. The time has run for Plaintiff to respond to the interrogatories, requests for production, and requests for admission served on him on March 20, 2000.

      **WHEREFORE,**

**IT IS ORDERED** that the eighteen requests for admissions served on Plaintiff are deemed admitted.

**IT IS FURTHER ORDERED** that on or before August 7, 2000, Plaintiff shall make full and complete responses to the interrogatories served on him on March 20, 2000.

**FINALLY, IT IS ORDERED** that on or before August 7, 2000, Plaintiff shall produce to Defendant all materials within his possession or control which were sought by the request for production served on Plaintiff on March 20, 2000.

_____
UNITED STATES MAGISTRATE JUDGE